# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| HARVEY JOE TRANTHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:08-cv-00345-KOB-JEO |
| | ) | |
| WARDEN KENNETH JONES; and | ) | |
| THE ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1]  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice.  An appropriate order will be entered.

**DONE**, this 10th day of November, 2008.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that the petitioner has filed a "Motion to Dismiss" in response to the Magistrate Judge's Report and Recommendation in which he requests that his petition be dismissed without prejudice so that he can seek permission from the Eleventh Circuit to file a second habeas petition.